UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MAYENI SYLLA,                          §
                                       §
              Petitioner,              §
                                       §
v.                                     §        NO. SA-26-CV-4751-OLG
                                       §
MARKWAYNE MULLIN *et al.*,             §
                                       §
              Respondents.             §

## O R D E R

Pending before the Court is the status of this habeas proceeding, in which Petitioner requests release from custody. *See* Dkt. No. 1 at 26. After initiating this action, she was removed from the United States and released from custody. *See* Dkt. No. 8. Because the relief sought herein has been granted, this case is now moot. *See, e.g., Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **DISMISSED AS MOOT**.

Any pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on August _____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge